UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOAQUIN McCLAIN,

        Plaintiff,

    v.

COUNTY OF SAN BERNARDINO, et al.,

        Defendants.

No. ED CV 18-2541-CJC (PLA)

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO FILE PROOFS OF SERVICE**

Plaintiff initiated this action on December 3, 2018, by filing a civil rights Complaint naming 16 defendants. (ECF No. 1). On December 7, 2018, the Court ordered that plaintiff, who is not in custody and had previously paid the full filing fee, promptly proceed with service of the summons and Complaint on all named defendants, and file proof of service showing compliance with the order by February 5, 2019. Plaintiff was advised that non-compliance with this provision may result in the issuance of an order to show cause re dismissal for failure to prosecute. (ECF No. 5). Instead of timely filing proof of service of the summons and Complaint on defendants, plaintiff filed a First Amended Complaint on February 5, 2019, which named the same defendants as in the original Complaint, plus two new defendants. (ECF No. 9). The Court then ordered plaintiff to serve the First Amended Complaint on all defendants in a time and manner consistent with the Federal Rules of Civil Procedure. (ECF No. 12). As of today, plaintiff has not filed proof that any defendants have been timely served with the summons and First Amended Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure instructs as follows: "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Here, 90 days from the filing of the Complaint elapsed on March 3, 2019, and as of that date, plaintiff had not filed proof that the summons and Complaint had been served on any defendant named in that document. The fact that plaintiff filed a First Amended Complaint does *not* extend the 90 day deadline as to those defendants named in the original Complaint. See U.S. ex rel. Adams v. Wells Fargo Bank Nat. Ass'n, 2013 WL 6506732, at *4 (D. Nev. Dec. 11, 2013) ("The filing of an amended complaint does not vitiate the failure to serve the original complaint within 120 [now 90] days of filing it under Rule 4(m); a party must make a diligent effort to serve the original complaint, or some amended version thereof, within 120 [now 90] days of filing the original complaint."). It does allow plaintiff 90 days from February 7, 2019, to serve the defendants *first* named in the First Amended Complaint, i.e., Monica Garcia and Minni Williams. But as to all other defendants, **plaintiff is ordered to show cause in writing, no later than March 20, 2019, why this action should not be dismissed for lack of prosecution as to all defendants except defendants Garcia and Williams**.

Plaintiff is advised that failure to timely respond to this Order to Show Cause, and to timely show good cause for the failure to serve defendants in compliance with the Federal Rules of Civil Procedure, **will result in dismissal of this action without prejudice** as to all defendants except defendants Garcia and Williams.

**IT IS SO ORDERED.**

DATED: March 13, 2019

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE