JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRIESA McCLAIN, JOAQUIN McCLAIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | Nos. ED CV 18-1648-CJC (PLA);<br>ED CV 18-2541-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Consolidated Complaint in these consolidated actions is dismissed without leave to amend and with prejudice and that the actions are dismissed with prejudice.

DATED: April 24, 2020

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE